**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES GOMEZ, | ) | Case No. CV-17-1805-R |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |
| v. | ) | |
| LAMBERTOS MEXICAN FOOD MANAGEMENT, LLC., ET AL. | ) | |
| Defendant(s). | ) | |

Plaintiff/Parties were ordered to show cause in writing by not later than **June 16, 2017** why this action should not be dismissed for failure to submit a Proof of Service of summons and complaint as ordered in this Court's Order Re: Notice to Counsel;

WHEREAS the period has elapsed without the proper compliance of a Proof of Service of summons and complaint or without any good cause shown to warrant an extension;

The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: June 19, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE